# EXHIBIT A

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – ICE ST. PAUL FIELD OFFICE FLSA LAWSUIT

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Cheung_____ _____Jim_____ _____Waihong_____
(Print Clearly)     Last Name     First Name     Middle Name

HOME ADDRESS ____15242 Ely Ave_____
    Street Address

____Apple Valley____ __MN__ __55124__
    City     State     Zip Code

SIGNATURE ___[signed]___

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – ICE ST. PAUL FIELD OFFICE FLSA LAWSUIT

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Kos_____ ____Christopher_____ ____Denes_____
(Print Clearly)   **Last Name**   **First Name**   **Middle Name**

HOME ADDRESS ____19029 149th St. NW_____
Street Address

____Elk River,____ __MN__ __55330____
City   State   Zip Code

SIGNATURE ____Chris Kos_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – ICE ST. PAUL FIELD OFFICE FLSA LAWSUIT**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME_____ Miller _____ Craig _____ Paul _____
 (Print Clearly)        **Last Name**                        **First Name**                       **Middle Name**

HOME ADDRESS __11599 Layton Avenue S._____
                              Street Address

                    __Hastings_____ __MN_____ __55033_____
                        City                     State              Zip Code


SIGNATURE ___*Craig P Miller*_____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – ICE ST. PAUL FIELD OFFICE FLSA LAWSUIT**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _Onewokae_   _Jacob_   _Onome-Eloho_
(Print Clearly)   **Last Name**   **First Name**   **Middle Name**

HOME ADDRESS _4253 Beaver Dam Rd_
Street Address

_Eagan_   _MN_   _55111_
City   State   Zip Code

SIGNATURE _[signed]_

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – ICE ST. PAUL FIELD OFFICE FLSA LAWSUIT**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____WRIGHT_____SEAN_____ELSTON_____
(Print Clearly)   **Last Name**           **First Name**           **Middle Name**

HOME ADDRESS ____20750 FURY CT_____
                         Street Address

_____LAKEVILLE_____MN_____55044_____
         City                     State          Zip Code

SIGNATURE ___[signature]_____