# EXHIBIT 1

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JIM W. CHEUNG, et al., )<br>  )<br>       Plaintiffs, )<br>  )<br>    v. )<br>  )<br>THE UNITED STATES, )<br>  )<br>       Defendant. )<br>  ) | Case No. 18-48C<br>(Judge Horn) |

### AFFIDAVIT OF APPOINTMENT

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury:

1. My name is David Ricksecker and I am an attorney licensed to practice law in the U.S. Court of Federal Claims;

2. Each and all plaintiffs have retained me as attorney of record in this matter.

I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on: June 3, 2020

/s/ David Ricksecker
David Ricksecker
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue, N.W., Ste 1000
Washington, D.C. 20005
Phone: (202) 833-8855
Fax: (202) 452-1090
dr@mselaborlaw.com

*Substituted Attorney of Record for Plaintiffs*