Joint Exhibit List

| Exhibit No. | Page | Date | Description |
|---|---|---|---|
| 1 | 1 | 9/17/2009 | Email Re: Negotiations for Detail Wheel and After-Hours Duty Rotation |
| 2 | 5 | 10/19/2009 | Memorandum of Understanding, St. Paul Field Office CAP After-Hours Duty Phone Rotation |
| 3 | 10 | 1/9/2013 | Response to Step III Grievance – AUO Compensation for FugOps Duty Phone |
| 4 | 17 | 4/23/2015 | Deportation Officer Position Description |
| 5 | 31 | 5/7/2015 | ICE Premium Pay Guide, Version 2.0 |
| 6 | 134 | 3/14/2016 | Letter of Intent – St. Paul Area of Responsibility After-Hours Duty Rotation |
| 7 | 138 | 3/16/2016 | Email Re: Letter of Intent |
| 8 | 139 | 1/26/2017 | Email Re: Duty Rotations |
| 9 | 142 | Not Dated | Memo Re: SPM Field Office Enforcement Team Alignment |
| 10 | 145 | 5/23/2017 | Email Re: Overtime Opportunity |
| 11 | 147 | 6/19/2017 | Email Re: OT Shift Duties |
| 12 | 148 | 6/20/2017 | Email Re: CAP Releases/Pickups 04/24-06/19 |
| 13 | 153 | 7/7/2017 | Email Re: Overtime Opportunity |
| 14 | 156 | 7/7/2017 | Email Re: Revised White Paper |
| 15 | 160 | 7/14/2017 | Email FW: Remaining 1600-0000 shifts |
| 16 | 166 | Various | OT Test Document |
| 17 | 220 | 7/20/2017 | Email Re: Late Shift |
| 18 | 226 | 8/25/2017 | Email FW: Late Shift |
| 19 | 233 | 8/27/2017 | Email Re: Grievance |
| 20 | 234 | 8/30/2017 | Email Re: Question on Standby/On Call Status |
| 21 | 246 | 9/7/2017 | Email Re: CAP Stats |
| 22 | 256 | 9/13/2017 | Email Re: Grievance Response |
| 23 | 258 | 9/18/2017 | Grievance Re: Duty Phone Memorandum of Understanding Violation |
| 24 | 261 | 9/19/2017 | Standard Operating Procedure for Duty Assignment Rotations |
| 25 | 270 | 9/19/2017 | MOU for New Shifts in the St. Paul AOR |
| 26 | 272 | 10/4/2017 | Step Two Grievance Response |
| 27 | 281 | 10/17/2017 | Letter of Intent – Implementation of After-Hours On-Call Duty Rotation and Responsbilities |
| 28 | 283 | 10/22/2017 | Revised After-Hours Duty Rotation Memorandum of Understanding |
| 29 | 286 | 10/30/2017 | Duty Phone Agreement Violation, Step Three Grievance |
| 30 | 293 | 11/28/2017 | Step Three Grievance Response |
| 31 | 298 | 12/4/2017 | Email Re: ICE Inmates Winona County |
| 32 | 299 | 12/10/2017 | Email Re: Detainers from 12/10/17 0000-0700 |
| 33 | 301 | 6/26/2018 | Email Re: CAP Data |
| 34 | 303 | 8/30/2018 | MOU for New Shifts in the St. Paul AOR |
| 35 | 308 | Various | After Hours Duty Calendar - 5/1/2017 - 10/31/2017 |
| 36 | 314 | Various | After Hours Duty Schedule - 10/29/2017 - 5/31/2018 |
| 37 | 320 | Various | After Hours Duty Calendar - 5/27/2018 - 11/3/2018 |
| 38 | 325 | Various | After Hours Duty Schedule - 11/1/2018 - 12/31/2019 |
| 39 | 342 | Various | Time Sheets (Cheung) |
| 40 | 466 | Various | Earnings Statements (Cheung) |
| 41 | 534 | Various | AUO Reports (Cheung) |
| 42 | 627 | Various | Time Sheets (Kos) |
| 43 | 758 | Various | Earnings Statements (Kos) |
| 44 | 826 | Various | AUO Reports (Kos) |

# Joint Exhibit List

| Exhibit No. | Page | Date | Description |
|---|---|---|---|
| 45 | 931 | Various | Time Sheets (Miller) |
| 46 | 1057 | Various | Earnings Statements (Miller) |
| 47 | 1125 | Various | AUO Reports (Miller) |
| 48 | 1221 | Various | Time Sheets (Onewokae) |
| 49 | 1346 | Various | Earnings Statements (Onewokae) |
| 50 | 1414 | Various | AUO Reports (Onewokae) |
| 51 | 1522 | Various | Time Sheets (Wright) |
| 52 | 1649 | Various | Earnings Statements (Wright) |
| 53 | 1717 | Various | AUO Reports (Wright) |
| 54 | 1862 | Various | Call Logs |